UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
BYRON WHITE UNITED STATES COURTHOUSE
DENVER, COLORADO 80294

RICHARD P. MATSCH
SENIOR DISTRICT JUDGE

(303) 844-4627
FAX (303) 335-2311

January 28, 2014

MEMORANDUM

TO:        Jeffrey P. Colwell, Clerk
           s/rpm
FROM:     Judge Matsch

RE:        Civil Action No.      14-cv-00227-RPM
                                 Byrum v. Wells Fargo Bank, N.A.


        Exercising my prerogative as a senior judge, I request that the referenced case be reassigned.